UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.:

ANNA L. CARROLL,

      Plaintiff,

v.

BAHAMAS PARADISE CRUISE LINE, LLC,

      Defendant.

_____/

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, ANNA L. CARROLL, by and through undersigned counsel, hereby sues the Defendant, BAHAMAS PARADISE CRUISE LINE, LLC (hereinafter "BAHAMAS PARADISE") and alleges as follows:

### GENERAL ALLEGATIONS

1.  This is an action seeking damages in excess of $ 75,000.00, exclusive of interest, costs and attorney's fees.

2.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1333 and 1332. Further, this matter is being filed in the United States District Court for the Southern District of Florida located in Broward County, Florida, as required by the forum-selection clause contained within the Passenger Ticket Contract issued by the Defendant.  Upon information and belief, Defendant is in possession of a copy of the subject Ticket Contract.

3.  At all times material hereto, Plaintiff, ANNA L. CARROLL, was and is a resident of Palm Beach County, Florida.

4.   The causes of action asserted in this Complaint arise under the General Maritime Law of the United States.

5.   All conditions precedent for filing and maintaining this action have been fulfilled, have been waived, or do not apply.

6.   At all times material hereto, BAHAMAS PARADISE owned, operated, managed, maintained and/or controlled the vessel, the *MV Grand Celebration*.

7.   On or about May 16, 2015, the Plaintiff was a paying passenger aboard the *MV Grand Celebration*.

8.   On or about May 16, 2015, ANNA L. CARROLL was using the bathroom in her cabin, when the defective door slammed closed, severely injuring her right thumb.

## COUNT I – NEGLIGENCE

Plaintiff hereby adopts and incorporates Paragraphs one (1) through eight (8) as if full set forth herein and alleges as follows:

9.   At all times material hereto, BAHAMAS PARADISE had a duty to use reasonable care under the circumstances, and to maintain, design and operate its vessel, the *MV Grand Celebration*, in a reasonably safe condition and manner.

10. Additionally, at all times material hereto, BAHAMAS PARADISE owed a duty to its guests, including ANNA L. CARROLL, to warn them of any unreasonably dangerous conditions on the vessel of which it was aware or should have been aware through the exercise of due diligence.

11. Prior to this incident, BAHAMAS PARADISE knew or should have known that the condition of the door was defective and therefore unreasonably dangerous.  In addition, BAHAMAS PARADISE had notice of this dangerous condition.

12. BAHAMAS PARADISE breached the aforementioned duties of care owed to ANNA L. CARROLL in the following ways:

a.  Failing to maintain the vessel, including the bathroom door in ANNA L. CARROLL's cabin, in a reasonably safe condition;

b.  Failing to warn guests, of a hazardous and/or dangerous condition when BAHAMAS PARADISE knew or should have known through the exercise of reasonable care, of this dangerous condition;

c.  Failing to take any remedial measures to insure that the door and its magnetic latch were working properly;

d.  Failing to exercise reasonable care with respect to the setup and/or maintenance of the doors located in passenger cabins;

e.  Failing to inspect the doors located in passenger cabins;

f.  Failing to adequately train its agents, servants, employees, and/or representatives to inspect the doors located in passenger cabins;

g.  Failing to implement procedures requiring routine inspections of the doors located in passenger cabins;

h.  Failing to remedy a hazardous and/or dangerous condition of which BAHAMAS PARADISE knew or should have known; and

i.  Other acts of negligence to be discovered throughout discovery.

13. As a direct and proximate result of the aforementioned negligence of BAHAMAS PARADISE, Plaintiff, ANNA L. CARROLL, was injured, suffered pain therefrom, suffered physical impairment and/or disability, mental anguish, loss of capacity for enjoyment of life, pain and suffering, aggravation of pre-existing conditions, inconvenience, permanent disability, loss of wages, loss of future earning capacity, and incurred the costs of necessary medical expenses for the treatment of her injuries.  These losses and injuries are permanent in nature, and Plaintiff will continue to suffer them in the future.

**WHEREFORE**, the Plaintiff, ANNA L. CARROLL, demands judgment for damages against the Defendant, BAHAMAS CRUISE, in excess of the minimal jurisdictional limits of this Court, as well as pre-judgment interest, and costs in bringing this action, and further demands trial by jury.

## CERTIFICE OF SERVICE

**I HEREBY CERTIFY** that on May 17, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served upon BAHAMAS PARADISE at its Registered Agent's address in Fort Lauderdale, Florida.

Respectfully Submitted,

**LAW OFFICES OF BRANDON L CHASE, P.A.**
*Attorneys for Plaintiff*
The Ingraham Building
25 Southeast 2nd Avenue, Eighth Floor
Miami, Florida
Phone: (305) 677-1889
Facsimile: (305) 675-0515

By:     */s/ Brandon L. Chase*
        **BRANDON L. CHASE**
        Florida Bar No.: 90961