UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO: 16-61050-Civ-Scola

ANNA L. CARROLL,

    Plaintiff,

v.

BAHAMAS PARADISE CRUISE LINE, LLC,
and CRUISE OPERATOR, INC.,
a Florida corporation
_____/

## NOTICE OF SETTLEMENT

Defendants, BAHAMAS PARADISE CRUISE LINE, LLC and CRUISE OPERATOR, INC., ("Defendants"), by and through its undersigned counsel hereby notifies this Court that the parties have amicably resolved all pending claims between them pursuant to agreement, including any claims for attorneys' fees, costs and interest.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this December 14, 2016 I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Robert M. Oldershaw*
                                            Robert M. Oldershaw

- 2 -

## SERVICE LIST

*Counsel for Plaintiff*
Brandon L. Chase
LAW OFFICES OF BRANDON L
CHASE, P.A.
The Ingraham Building
25 Southeast 2nd Avenue, Eighth Floor
Miami, Florida 33131
Email: bchase@cruiselawmiami.com
P:  305-677-2228
F: 305-677-3232

*Attorneys for Defendant*
Jerry D. Hamilton
jhamilton@hamiltonmillerlaw.com
Robert M. Oldershaw
roldershaw@hamiltonmillerlaw.com
Andrew Palma
apalma@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690